IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| TECUMSEH MONDEZ MAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 03-C-2600-NE |
| ) | |
| LARRY MONTGOMERY and DENNIS ) | |
| SHARP, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 46) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment (doc. 27) is due to be granted and this matter is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this ____ day of September, 2004.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE